# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jason Woodcock,<br><br>Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC,<br><br>Defendant. | Case No. 4:10-cv-3313<br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. 41(a)(1)(A)(i) hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                                            RESPECTFULLY SUBMITTED,

                                            Macey & Aleman, P.C.

                                            By: s/ Timothy J. Sostrin
                                                  Timothy J. Sostrin, attorney-in-charge
                                                  IL Bar # 6290807, SD Texas Bar # 980881
                                                  233 S. Wacker Drive, Suite 5150
                                                  Chicago, IL 60606
                                                  Telephone: 866-339-1156
                                                  Email: tjs@legalhelpers.com
                                                  Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2010, I served Defendant with the foregoing Notice by depositing a copy of the same in the U.S. mail addresses as follows:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225

                                              /s/ Timothy J. Sostrin