IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON WOODCOCK, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3313 |
| | § | |
| NORTHSTAR LOCATION | § | |
| SERVICES, LLC, | § | |
|     Defendant. | § | |

## **ORDER**

Pursuant to Plaintiff's Notice of Dismissal [Doc. # 5], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this **9th** day of **December, 2010**.

_____
Nancy F. Atlas
United States District Judge